FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0237

_____

LEWIS AND CLARK COUNTY, a political
subdivision of the State of Montana,

      Petitioner,

  v.

PHILIP R. WIRTH, et al.,

      Respondent and Appellant.

_____          O R D E R

BRIDGE CREEK ESTATES
HOMEOWNERS ASSOCIATION,

      Cross-Claimant and Appellee,

  v.

PHILIP R. WIRTH,

      Cross-Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher D. Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2021